**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| NICK R. SHANNON, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 3:16-cv-00273-MMD-WGC |
| ISIDRO BACA et al., | ) ) | **ORDER** |
| Defendants. | ) ) | |
| _____ | ) | |

**I.    DISCUSSION**

According to the Nevada Department of Corrections ("NDOC") website and Defendants' notice of inmate release and motion to direct Plaintiff to provide updated address (ECF No. 9), Plaintiff is no longer incarcerated. However, Plaintiff has not filed an updated address with the Court. Pursuant to Nevada Local Special Rule 2-2, "[t]he plaintiff must immediately file with the court written notification of any change of address. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice." Nev. Loc. Special R. 2-2. The Court grants Plaintiff until Friday, March 24, 2017 to file his updated address with this Court. If Plaintiff does not update the Court with his current address on or before Friday, March 24, 2017, the Court will dismiss this action with prejudice.

**II.   CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Defendants' motion for Plaintiff to update his address (ECF No. 9) is granted.

IT IS FURTHER ORDERED that Plaintiff shall file his updated address with the Court on or before Friday, March 24, 2017.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, the Court shall dismiss this case with prejudice.

DATED: March 6, 2017.

_William G. Cobb_
United States Magistrate Judge