**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NICK R. SHANNON,

Plaintiff,

v.

ISIDRO BACA et al.,

Defendants.

3:16-cv-00273-MMD-WGC

**ORDER**

## I. DISCUSSION

On March 6, 2017, this Court issued an order directing Plaintiff to file an updated address with the Court on or before Friday, March 24, 2017. (ECF No. 10 at 1). The Court stated that, if Plaintiff failed to file an updated address, the Court would dismiss the case with prejudice. (*Id.* at 2). Plaintiff has not filed an updated address.

On March 27, 2017, Defendants filed a motion to dismiss (ECF No. 12) and a motion for relief from the mediation scheduling order (ECF No. 13) in light of Plaintiff's failure to file an updated address. That same day, the Northern Nevada Correctional Center ("NNCC") returned the filings with a note stating, "inmate paroled 2/16/17, forwarding address: 1015 N. Sierra St., Reno, NV 89503." (ECF No. 14, 14-1).

In light of receiving this address, the Court will grant Plaintiff an extension of time to file his updated address with the Court.[1] The Court grants Plaintiff until Friday, April 14, 2017, to file his updated address with this Court. If Plaintiff does not update the Court with his current

---

[1] Pursuant to Nevada Local Special Rule 2-2, "[t]he plaintiff must immediately file with the court written notification of any change of address. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice." Nev. Loc. Special R. 2-2.

address on or before Friday, April 14, 2017, the Court will dismiss this action with prejudice. No further extensions will be granted.

The Court now **vacates** the Inmate Early Mediation Conference scheduled for May 2, 2017. (ECF No. 11). If Plaintiff timely files his updated address with this Court, the Court will re-reschedule the Inmate Early Mediation Conference. As such, the Court denies both Defendants' motion to dismiss (ECF No. 12) and motion for relief from mediation scheduling order (ECF No. 13) as moot.

## II. CONCLUSION

For the foregoing reasons, **IT IS ORDERED** that Plaintiff shall file his updated address with the Court on or before **Friday, April 14, 2017**.

**IT IS FURTHER ORDERED** that, if Plaintiff fails to file his updated address on or before Friday, April 14, 2017, the Court will dismiss this case with prejudice.

**IT IS FURTHER ORDERED** that the Clerk of the Court will send Plaintiff a one-time courtesy copy of this order to Plaintiff at 1015 N. Sierra St., Reno, NV 89503. However, the Clerk of the Court will not change Plaintiff's address on record until Plaintiff files an updated address with the Court.

**IT IS FURTHER ORDERED** that the Inmate Early Mediation Conference scheduled for May 2, 2017 (ECF No. 11) is **vacated**.

**IT IS FURTHER ORDERED** that the motion to dismiss (ECF No. 12) is **denied as moot**.

**IT IS FURTHER ORDERED** that the motion for relief from mediation scheduling order (ECF No. 13) is **denied as moot**.

DATED: March 28, 2017.

William G. Cobb

UNITED STATES MAGISTRATE JUDGE